| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2011 MAR 21 P 2:59<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **10-02067** |
| In re:<br>**JOSEPH LIWAI, III**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 82.38 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | JOSEPH LIWAI, III<br>94-1044 HO'OHELE STREET<br>WAIPAHU, HI 96797<br><br>(DEBTOR REFUND) | $ 82.38 | $ 82.38 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: March 21, 2011

/s/ _____
Trustee

hib_3011    5/05

U.S. Bankruptcy Court - Hawaii   #10-02067   Dkt # 26   Filed  03/21/11   Page 1 of 1